**CHICAGO SUSHI**  
**SUSHI BY SCRATCH RESTAURANTS CHICAGO**  
415 N MILWAUKEE AVE  
CHICAGO, IL 60654  
EIN: 92-1591432

DirDep

| Date | Amount |
|---|---|
| 08/25/2023 | $1995.9 |

# EXHIBIT H

Pay — One Thousand Nine Hundred Ninety-Five and 90/100 ********************************** DOLLARS

**To The Order Of**  
JASON SHIN-KU KIM  
2728 W POLK ST.  
CHICAGO, IL 60612

### - THIS IS NOT A CHECK DO NOT CASH -

**CHICAGO SUSHI**  
**SUSHI BY SCRATCH RESTAURANTS CHICAGO**  
415 N MILWAUKEE AVE  
CHICAGO, IL 60654  
EIN: 92-1591432

**JASON SHIN-KU KIM 202231**

Pay Period: 08/07/2023 - 08/20/2023

| **Earnings** | Department | Hours | Units | Rate | Amount | YTD Hours | YTD Units | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 1000 - Chicago Sushi | 80.00 | | $15.80 | $1,264.00 | 1,080.00 | | $11,572.80 |
| Overtime | 1000 - Chicago Sushi | 6.38 | | $23.70 | $151.21 | 311.24 | | $4,742.32 |
| Additional Income | 1000 - Chicago Sushi | | | | $1,469.41 | | | $3,839.67 |
| Gratuity | 1000 - Chicago Sushi | | | | | | | $249.36 |
| Guarantee Pay | 1000 - Chicago Sushi | | | | | | | $18,614.73 |
| Paid Time Off | 1000 - Chicago Sushi | | | | | 5.46 | | $50.45 |
| **Total** | | 86.38 | 0.00 | | $2,884.62 | 1,396.70 | 0.00 | $39,069.33 |

| **Deductions** | | | | | Employer Amount | Employee Amount | YTD Employer Amount | YTD Employee Amount |
|---|---|---|---|---|---|---|---|---|
| 401k % | | | | | $86.54 | $86.54 | $609.59 | $609.59 |
| Dental | | | | | | $15.96 | | $143.64 |
| Medical | | | | | | $169.35 | | $1,524.15 |
| Vision | | | | | | $5.96 | | $53.64 |
| **Total** | | | | | $86.54 | $277.81 | $609.59 | $2,331.02 |

| **Taxes** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Federal | Additional - 0.00 | | | | | | $275.83 | $3,996.07 |
| IL State | | | | | | | $129.04 | $1,818.56 |
| Social Security | 6.20% | | | | | | $166.99 | $2,315.60 |
| Medicare | 1.45% | | | | | | $39.05 | $541.52 |
| **Total** | | | | | | | $610.91 | $8,671.75 |
| **Net Pay** | | | | | | | $1,995.90 | $28,066.56 |

| **Accruals** | | | | Hours Used | Hours Accrued | Hours Used YTD | Hours Accrued YTD | Hours Available |
|---|---|---|---|---|---|---|---|---|
| Paid Time Off | | | | 0.00 | 1.82 | 5.46 | 27.30 | 21.84 |
| Paid Sick Leave | | | | 0.00 | 2.88 | 0.00 | 22.11 | 46.33 |

| **Direct Deposit Info** | Routing | Account | Amount |
|---|---|---|---|
| Checking | 071000013 | **********2756 | $1,995.90 |

| | Total Net Pay: | $1,995.90 |
|---|---|---|