IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON SHIN-KU KIM, | ) | Case No.: 1:23-cv-13758 |
| | ) | |
| Plaintiff, | ) | Judge: Honorable Sara L. Ellis |
| | ) | |
| v. | ) | Magistrate: Honorable Gabriel A. Fuentes |
| | ) | |
| SCRATCH RESTAURANT GROUP, LLC., and CHICAGO SUSHI LLC, a/k/a SUSHI BY SCRATCH RESTAURANTS LLC d/b/a SUSHI BY SCRATCH | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT AND AGREED MOTION FOR SETTLEMENT CONFERENCE**

The parties, by and through their respective undersigned counsel, jointly move the Court for an Order authorizing the convening of a settlement conference by Honorable Garbiel A. Fuentes, and, in support thereof, state as follows:

1. Counsel have conferred about settlement parameters and determined that there is some possibility of settlement, with the skilled intervention of Honorable Gabriel A. Fuentes, and that the convening of a settlement conference would be productive and appropriate to facilitate settlement.

2. Accordingly, the parties jointly request that the Court enter an Order authorizing Honorable Gabriel A. Fuentes to conduct a settlement conference with the parties, at such time as he may determine.

WHEREFORE, the parties jointly request that the Court enter an Order authorizing Honorable Gabriel A. Fuentes to conduct a settlement conference with the parties, at such time as he may determine and seeks other relief as is just and proper.

139801658.1

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH**

Respectfully Submitted,

*/s/ Cameron T. Liljestrand*
One of the Attorneys for Defendant
Mary A. Smigielski, ARDC # 6243913
Stehen L. Sitley, ARDC #6200575
Cameron T. Liljestrand, ARDC #6336262
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: 312.345.1718 / F: 312.345.1778
Mary.Smigielski@lewisbrisbois.com
Stephen.Sitley@lewisbrisbois.com
Cameron.Liljestrand@lewisbrisbois.com

*/s/ Elissa Joy Hobfoll*
**Elissa Joy Hobfoll**
Herschman Levison Hobfoll
401 South LaSalle Street
Suite 1302-G
Chicago, IL 60605
312-870-5800
Email: elissa@hlhlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing with the U.S. District Court for the Northern District of Illinois, using the ECF system which will send a notification and a copy of such filing to all parties of record.

/s/ Cameron T. Liljestrand