IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON SHIN-KU KIM, | ) | Case No.: 1:23-cv-13758 |
| | ) | |
| Plaintiff, | ) | Judge: Honorable Sara L. Ellis |
| | ) | |
| v. | ) | Magistrate: Honorable Gabriel A. Fuentes |
| | ) | |
| SCRATCH RESTAURANT GROUP, | ) | |
| LLC., and CHICAGO SUSHI LLC, | ) | |
| a/k/a SUSHI BY SCRATCH | ) | |
| RESTAURANTS LLC | ) | |
| d/b/a SUSHI BY SCRATCH | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A LIMITED STAY OF DISCOVERY
AND EXTENSION OF DEADLINES**

Defendants, Scratch Restaurant Group, LLC ("SRG") and Chicago Sushi LLC ("Chicago Sushi"), a/k/a Sushi By Scratch Restaurants LLC d/b/a Sushi By Scratch (collectively, "Defendants"), by and through their counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff, Jason Shin-Ku Kim ("Kim" or "Plaintiff"), by and through his counsel, Herschman Levison Hobfoll PLLC, hereby submit this *Joint Motion for a Stay of Discovery and Extension of Deadlines*.

1. Fact discovery is currently set to close on June 17, 2024. [Dkt. No. 13]

2. On May 8, 2024, this case was referred to Magistrate Judge Gabriel A. Fuentes for purposes of holding settlement conference. [Dkt. No. 42]

3. Following the referral, the parties appeared for a pre-settlement telephonic conference before Magistrate Judge Fuentes and agreed to hold a conference on July 1, 2024. [Dkt. No. 48]

4. Defendant SRG and Plaintiff have issued and answered written discovery.

Currently outstanding are Defendant SRG's responses to Plaintiff's Second Set of Requests for Production of Documents and the parties have agreed to extend Defendant's deadline to respond to July 22, 2024 (or to a later date agreed to by the parties should Magistrate Judge Fuentes wish to continue the judicial settlement conference), following the conclusion of the July 1, 2024 Settlement Conference.

5. Chicago Sushi filed its Answer to Plaintiff's Second Amended Complaint on May 16, 2024 [Dkt. No. 47]; however, Chicago Sushi and Plaintiff have yet to exchange written discovery. If the July 1, 2024 Settlement Conference is unsuccessful, Chicago Sushi and Plaintiff will exchange written discovery requests.

6. On June 7, 2024, the parties mutually agreed to the following deposition schedule for Phillip Lee, Elizabeth Sperry, and Bryan Weisberg, all depositions to start at noon via zoom, in the event that the July 1, 2024 Judicial Settlement Conference is unsuccessful:

a. Elizabeth Sperry: August 21, 2024;

b. Bryan Weisberg: August 23, 2024;

c. Phillip Lee: August 27, 2024

7. In order to focus on settlement and to avoid the increasing expenses related to depositions and other discovery, the parties respectfully request a limited stay of discovery through the date of their judicial settlement conference (July 1, 2024). Specifically, the stay would apply to taking depositions, serving additional written discovery requests, and answering outstanding discovery. In addition to the requested stay, the parties request that the current fact discovery deadline be extended to **November 11, 2024**. Should the judicial settlement conference prove unsuccessful, a November 11, 2024 deadline should enable all parties, including Defendant Chicago Sushi, to complete any necessary fact discovery. Thereafter, the Court and the parties

may assess whether any expert discovery is warranted.

8. The parties have carefully considered the request set forth herein and make this request in good faith in an effort to work toward and agreed resolution of this dispute. This request is not made for purposes of delay.

WHEREFORE, Plaintiff and Defendants jointly and respectfully request that this Honorable Court (a) enter the limited stay of discovery pending conclusion of the judicial settlement conference before Magistrate Judge Fuentes, and (b) extend the case deadline as set forth above.

Dated: June 14, 2024

Respectfully submitted,
**LEWIS BRISBOIS BISGAARD & SMITH**

Respectfully Submitted,

*/s/ Cameron T. Liljestrand*
One of the Attorneys for Defendant
Mary A. Smigielski, ARDC # 6243913
Stehen L. Sitley, ARDC #6200575
Cameron T. Liljestrand, ARDC #6336262
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: 312.345.1718 / F: 312.345.1778
Mary.Smigielski@lewisbrisbois.com
Stephen.Sitley@lewisbrisbois.com
Cameron.Liljestrand@lewisbrisbois.com

Respectfully Submitted,

*/s/ Elissa Joy Hobfoll*
Elissa Joy Hobfoll
**Herschman Levison Hobfoll**
401 South LaSalle Street, Suite 1302-G
Chicago, Illinois 60605
Tel: 312-870-5800
elissa@hlhlawyers.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on June 14, 2024, he caused to be filed the foregoing Joint Status Report with the Clerk of the Court for the Northern District of Illinois using the CM/ECF and that she caused to be served true and correct file-stamped copies of the documents to counsel listed below by email.

Elissa Joy Hobfoll
Herschman Levison Hobfoll
401 South LaSalle Street, Suite 1302-G
Chicago, Illinois 60605
Tel: 312-870-5800
Email: elissa@hlhlawyers.com
*Counsel for Plaintiffs*

                            */s/ Cameron T. Liljestrand*