**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON SHIN-KU KIM, | ) Case No.: 1:23-cv-13758 |
| Plaintiff, | ) Judge: Honorable Sara L. Ellis |
| v. | ) Magistrate: Honorable Gabriel A. Fuentes |
| SCRATCH RESTAURANT GROUP, LLC., and CHICAGO SUSHI LLC, a/k/a SUSHI BY SCRATCH RESTAURANTS LLC d/b/a SUSHI BY SCRATCH | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jason Shin-Ku Kim ("Plaintiff"), and Defendants, Scratch Restaurant Group, LLC and Chicago Sushi LLC a/k/a Sushi by Scratch Restaurants LLC d/b/a Sushi by Scratch ("Defendants"), hereby stipulate to the dismissal of Plaintiff's claims without prejudice, said dismissal to convert to with prejudice at the time of settlement payment and execution of the release, but in no event later than September 27, 2024, with each party to bear its own attorneys' fees and costs. Further, the parties hereby stipulate to the dismissal of Defendants' claims with prejudice. Finally, the parties further stipulate that this court shall retain jurisdiction to enforce the terms of their settlement agreement.

1. On April 10, 2024, Plaintiff filed his Second Amended Complaint against Defendants in the United States District Court for the Northern District of Illinois, Eastern Division, styled as *Jason Shin-Ku Kim v. Scratch Restaurant Group, LLC and Chicago Sushi LLC, a/k/a Sushi by Scratch Restaurants LLC d/b/a Sushi by Scratch,* Cause No. 1:23-cv-13758.

2.      Plaintiff asserted claims against Defendants arising from his employment with Defendants, including, among other things, claims for alleged damages under the FLSA, 29 U.S.C. § 201, et seq., the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1, et seq., and the Illinois Wage Payment and Collection Act ("IWCPA"), 820 ILCS 115/1 et seq..

3.      On July 1, 2024, the parties engaged in a Judicial Settlement Conference with Magistrate Judge Gabriel Fuentes. Following the exchange of information and arms-length negotiations between counsel, the parties have reached a mutually satisfactory settlement which both sides agree adequately compensates Plaintiff for any and all claims for alleged back wages, including any applicable overtime, arising from his work assignment with Defendants.

Dated: August 14, 2024

Respectfully submitted,
**LEWIS BRISBOIS BISGAARD & SMITH**

Respectfully Submitted,

  */s/ Cameron T. Liljestrand*
One of the Attorneys for Defendant
Mary A. Smigielski, ARDC # 6243913
Stehen L. Sitley, ARDC #6200575
Cameron T. Liljestrand, ARDC #6336262
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
P: 312.345.1718 / F: 312.345.1778
Mary.Smigielski@lewisbrisbois.com
Stephen.Sitley@lewisbrisbois.com
Cameron.Liljestrand@lewisbrisbois.com

Respectfully Submitted,

*/s/ Elissa Joy Hobfoll*
Elissa Joy Hobfoll
**Herschman Levison Hobfoll**
401 South LaSalle Street, Suite 1302-G
Chicago, Illinois 60605
Tel: 312-870-5800
elissa@hlhlawyers.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 14, 2024, the foregoing *Joint Stipulation of Dismissal* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

Mary A. Smigielski
Stephen L. Sitley
Cameron T. Liljestrand
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T (312) 345-1718/F (312) 345-1778
Mary.Smigielski@lewisbrisbois.com
Stephen.Sitley@lewisbrisbois.com
Cameron.Liljestrand@lewisbrisbois.com

Elissa Joy Hobfoll
**Herschman Levison Hobfoll**
401 South LaSalle Street, Suite 1302-G
Chicago, Illinois 60605
Tel: 312-870-5800
elissa@hlhlawyers.com
*Counsel for Plaintiffs*

Dated: August 14, 2024

                *s/ Cameron T. Liljestrand*
                Cameron T. Liljestrand